UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIO C. OBEDIENTE,

Plaintiff,

v. Case No. 8:26-cv-00790-TPB-AEP

HSBC BANK USA, et al.,

Defendants.

_______________________________________/

**REPORT AND RECOMMENDATION**

This cause comes before the Court upon Plaintiff's Complaint (Doc. 1) and Application to Proceed in District Court Without Prepaying Filing Fees or Costs (Doc. 2), which the Court construes as a motion to proceed *in forma pauperis*. On April 2, 2026, this Court took Plaintiff's Motion under advisement and granted Plaintiff leave to amend his complaint (Doc. 4). This Court cautioned Plaintiff that failure to file an amended complaint within the allotted time could result in dismissal of the action without further notice (Doc. 4). Plaintiff sought two extensions of time to obtain counsel and amend his complaint (Docs. 5, 12). This Court granted both, allowing Plaintiff to amend his complaint no later than July 31, 2026 (Doc. 13). Plaintiff has not amended his complaint or otherwise participated in the case within the allotted time. Thus, the undersigned recommends dismissal of the complaint without prejudice.

Accordingly, it is hereby

RECOMMENDED:

1. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) be DENIED.
2. Plaintiff's Complaint (Doc. 1) be DISMISSED WITHOUT PREJUDICE.

IT IS SO REPORTED in Tampa, Florida, this 11th day of August 2026.

ANTHONY E. PORCELLI
United States Magistrate Judge

## NOTICE TO PARTIES

A party has fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1). **Should the parties wish to expedite the resolution of this matter, they may promptly file a joint notice of no objection.**

cc: Hon. Thomas P. Barber
Plaintiff, *pro se*